UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

JOEL BARNES                                    :

                                               :        CIVIL #10-03827  (RBK)
                        Plaintiff(s),

                                               :

   -vs-                                        :        **ORDER OF DISMISSAL**

                                               :

KEVIN MICHAEL PARRY, et al.                    :

                        Defendant(s).          :

         -------------------------------------------------------------------

         It having been reported to the Court that the above-captioned action has

been settled;

         It is on this 11th   **Day of** January    **20**<u>13</u> **;**

         **ORDERED** that this action is hereby dismissed  without costs and without

prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the

settlement is not consummated.  The terms of the settlement agreement are incorporated herein

by reference and the Court shall retain jurisdiction over such agreement.


                                        s/Robert B. Kugler
                                        United States District Judge

cc:    Hon. Joel Schneider, U.S. Magistrate Judge          .
       All Counsel on Record
       File